JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTANA SALES DESIGN AND MANUFACTURING, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NEWELL WINDOW FURNISHINGS, INC., a Delaware corporation; LOWE'S HIW, INC., a Washington corporation; and DOES 1-9, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 12-4279 FMO (RZx)<br><br>**ORDER OF DISMISSAL** |

Having read the parties' stipulation of dismissal and finding good cause therefore,

IT IS HEREBY ORDERED THAT:

This action, including all claims and counterclaims, is hereby dismissed with prejudice. This court shall retain jurisdiction for interpreting any of the terms and conditions of the parties' confidential settlement agreement. The parties shall bear their own fees and costs.

Date: March 13, 2013                             /s/
                                                              Hon. Fernando M. Olguin
                                                              United States District Judge

Respectfully submitted,

CISLO & THOMAS LLP

By:    /Daniel M. Cislo, Esq./
         Daniel M. Cislo, Esq.
         Kelly W. Cunningham, Esq.

         Attorneys for Plaintiff
         Ventana Sales Design and Manufacturing, Inc.

Date: March ____, 2013

\\SRV-SQL\TMDocs\12-26347\Order dismissing claims and counterclaims.doc

## PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the State of California, and not a party to the above-entitled action. My business address is 1333 2nd Street, Suite 500, Santa Monica, California 90401-4110.

On Thursday, March 14, 2013, I served:

**[PROPOSED] ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS**

addressed as follows to:

| | |
|---|---|
| Todd Tucker, Esq.<br>Jay R. Campbell, Esq.<br>Nicholas J. Gingo, Esq.<br>Renner Otto Boisselle & Sklar LLP<br>1621 Euclid Avenue, 19th Floor<br>Cleveland, Ohio 44115<br>Email   ttucker@rennerotto.com<br>             jcampbell@rennerotto.com<br>             ngingo@rennerotto.com | Charles H. Abbott, Esq.<br>McGuire Woods LLP<br>1800 Century Park East, Suite 800<br>Los Angeles, California 90067<br>Email   cabbott@mcguirewoods.com |

☒ **BY MAIL**: I am readily familiar with the Firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with a postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

☐ **BY FEDERAL EXPRESS/OVERNIGHT DELIVERY**: I caused a copy of such document to be sent via overnight delivery to the office(s) of the addressee(s) shown above.

☒ **BY ELECTRONIC PROCESS**: An electronic copy of this document was sent to the above email address(es) via the Electronic Court Filing (ECF) procedure provided by this Court.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the person(s) identified above.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Thursday, March 14, 2013, at Santa Monica, California.

Christopher Eckart